COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§

IN RE:  JOSE RAMIREZ,                                   No. 08-09-00318-CV

§

AN ORIGINAL PROCEEDING

§

Relator.                                §                     IN MANDAMUS

§

§

**MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS**

Relator, Jose Ramirez, asks this Court to issue a writ of mandamus against the Honorable Kathleen H. Olivares, Judge of the 205th District Court of El Paso County.  To be entitled to mandamus relief, a relator must meet two requirements.  First, the relator must show that the trial court clearly abused its discretion.  *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004).  Second, the relator must demonstrate he has no adequate remedy by appeal. *Id*. at 136.  Based on the record before us, we are unable to conclude that Relator is entitled to mandamus relief.  Accordingly, we deny the relief requested in his mandamus petition.  *See* TEX.R.APP.P. 52.8(a).

January 27, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.